IN THE UNITED STATES BANKRUPTCY
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: | **Case # 15-09287** |
| **Benchmark Enterprises, Inc.** | **Chapter 7** |
| **Debtor.** | **Honorable Pamela S. Hollis** |
| | **Set for April 13, 2018 at 10:00 a.m.** |

## NOTICE OF MOTION

TO:  SEE ATTACHED SERVICE LIST


PLEASE TAKE NOTICE that on April 13, 2018., I shall appear before the Honorable Pamela S. Hollis at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, Illinois, or, in her absence, before any other Judge who may be sitting in her stead, and shall then and there present the **Third Interim and Final Application of Alan D. Lasko & Associates, P.C. for Allowance of Compensation and Expenses and to Limit Notice**, a copy of which is attached hereto and hereby served upon you.


/s/ _ Cindy M. Johnson ____

Cindy M. Johnson
Chapter 7 Trustee
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306

## CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 21, 2018.


/s/ Cindy M. Johnson

# SERVICE LIST

**Electronic Mail Notice List**

- Andrew D Bratzel    debtor@mckenna-law.com,abratzel@mckenna-law.com, bankruptcy@mckenna-law.com
- James M Dore    jmdore70@sbcglobal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael T Nigro    mike@nigrowestfall.com
- Devin B Noble    dnoble@hinshawlaw.com, crawson@hinshawlaw.com
- Michael A O'Brien    mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com
- Christopher H Purcell    shermlaw13@aol.com

**Manual Notice List**

**US Mail**

Benchmark Enterprises, Inc.
P.O. Box 573
Yorkville, IL  60560

Alan D Lasko
Alan D Lasko & Associates Pc
29 South La Salle Street
Chicago, IL 60603

Acuity
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212

McCann Industries, Inc.
Michael T. Nigro, Attorney for Creditor
Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Hts., IL 60139

Internal Revenue Service
PO Box 802501
Cincinnati, OH 45280

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 60962

Ford Motor Credit Company LLC
P. O. Box 62180
Colorado Springs, CO 80962

CNH Industrial Capital America, LLC
FKA CNH Capital America LLC
PO Box 3600
Lancaster, PA 17604-3600

Tri-County Concrete, Inc.
331 W. Church St.
Sandwich, IL 60548-2007

BMW Bank of North America
PO Box 201347
Arlington, TX 76006

Heartland Bank and Trust Company
c/o Michael A. O'Brien
124A South County Farm Road
Wheaton, IL 60187

FORD MOTOR CREDIT COMPANY LLC
c/o Blitt and Gaines
661 Glenn Ave
Wheeling, IL 60090

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0338

Erie Indemnity Company
Erie Insurance Group
100 Erie Insurance Place
Erie, PA 165330

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Illinois Department of Employment Security
Attn: Bankruptcy Unit - 10th flr.
33 South State Street
Chicago, Illinois 60603

GE Capital C/O Kim LeVelle
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404

Ozinga Materials, Inc.
Attn: Dave Huitsing
19001 Old LaGrange Road,
Suite 300
Mokena, IL 60448

CCS Contractor Equipment and Supply
c/o James M. Dore and John N. Dore
134 N. La Salle St., Suite 1208
Chicago, IL 60602

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                               )
                                                    )
                                                    )          Bankruptcy No. _____
                                                    )
                        Debtor.          )          Chapter          _____

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From    _____, _____    through _____, _____

Amount of Fees Sought:        $_____

Amount of Expense Reimbursement Sought:      $_____

This is an:         Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date<br>Filed | Period<br>Covered | Total Requested<br>(Fees & Expenses) | Total Allowed<br>(Fees & Expenses) | Fees & Expenses<br>Previously Paid |
|---|---|---|---|---|

Dated: _____        _____
                                                                        (Counsel)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Benchmark Enterprises, Inc.** | ) | **No. 15 B 09287** |
| | ) | |
| | ) | **Chapter 7** |
| **Debtor** | ) | |
| | ) | **Hon. Pamela S. Hollis** |

**THIRD AND FINAL APPLICATION OF
ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE
OF COMPENSATION AND EXPENSES AND TO LIMIT NOTICE**

**ALAN D. LASKO AND ALAN D. LASKO & ASSOCIATES, P.C. ("ADLPC"),** Certified

Public Accountants, request third and final compensation of $1,487.75 and expenses of $37.27 for

the time period from August 8, 2017 through March 19, 2018.  A detail is provided herein for the

Estate, which identifies by subject matter the services performed by the Applicant.  Additional

detail is provided to reflect the function and individual performing said services.  Lastly, each

individual's classification and hourly rate is also reflected.  In addition, attached is the Affidavit

pursuant to Bankruptcy Rule 2016.

**INTRODUCTION**

This Court has jurisdiction over this Third and Final Fee Application pursuant to 28 U.S.C. § 1334.

This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue is proper

pursuant to 28 U.S.C. §§ 1408 and 1409.

The statutory predicates for the relief requested herein are Sections 328, 330 and 331 of Title 11 of the United States Code (11 U.S.C. §§ 101-1532, the "Bankruptcy Code"), as supplemented by Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 5082-1 of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 promulgated by the United States Department of Justice, dated on January 30, 1996 (the "UST Guidelines").

Under Rule 2016(b), the Firm has not shared, nor agreed to share, (a) any compensation it has received or may receive in these cases with another person or party other than the Firm's associates, and other employees, or (b) any compensation another person or party has received or may receive in these cases.

## **GENERAL**

The Debtor filed a petition under Chapter 7 on or about March 16, 2015. A Trustee was subsequently appointed. On February 19, 2016, Alan D. Lasko & Associates, P.C. was approved by the Court as the accountants for the Trustee. Reflected in this fee petition is the Applicant's time for the preparation of the Estate's 2017 and final short period 2018 income tax returns.

BENCHMARK ENTERPRISES INC.

## FEE APPLICATION

The fees sought by this Third and Final Fee Application reflect an aggregate of 12.9 hours of ADLPC's time spent and recorded in performing services during the Third and Final Compensation Period. This fee request does not include time that might be construed as duplicative or otherwise not beneficial to the Trustee or the Debtor's Estate, which has already been eliminated by ADLPC. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered (d), the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code.

All of the services for which third and final compensation is sought were rendered solely in connection with this case, in furtherance of the duties and functions of the Trustee and not on behalf of any individual creditor or other person.

ADLPC has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in this case.

ADLPC has not shared, or agreed to share (a) any compensation it has received or may receive with another party or person, other than with the associates of the Firm, or (b) any compensation another person or party has received or may receive. No promises have been received by ADLPC as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.

## BREAKDOWN BY CATEGORIES

The categories in this Application as listed below:

## BILLING

The Applicant has incurred 1.2 hours in the preparation of this fee Application.

   Cost       $125.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 0.2 | $ 300.00 | $ 60.00 |
| C. Wilson, Staff | 1.0 | 65.00 | 65.00 |
|  | 1.2 |  | $ 125.00 |

## TAX PREPARATION

The Applicant incurred 11.7 hours in the preparation of the Estate's 2017 and final short period 2018 workpapers and income tax returns.

   Cost       $1,817.00

A recap of compensation for this category is as follows:

|  | Hours | Rate | Amount |
|---|---|---|---|
| A. Lasko | 2.6 | $ 300.00 | $ 780.00 |
| K. Seyller, Senior | 2.3 | 170.00 | 391.00 |
| D. Stefanczuk, Staff | 6.8 | 95.00 | 646.00 |
|  | 11.7 |  | $ 1,817.00 |

The Applicant reflects hourly rates and hours worked by each person by function. The recap also reflects the cost of each function performed. In order to assist the Court and parties in interest to evaluate this fee request, your Applicant has reflected below the range of rates charged by staff level.

| | | | |
|---|---|---|---|
| Owner | $290 | - | $300 |
| Manager/Director | 260 | - | 300 |
| Supervisors | 180 | - | 290 |
| Senior | 140 | - | 180 |
| Assistant | 65 | - | 140 |

To provide an orderly and meaningful summary of the services rendered by ADLPC in accordance with its employment, ADLPC has summarized the services provided by the project billing categories for its third and final fee period are as follows:

| Recap by Project | First Interim Application | Second Interim Application | Third and Final Application | Total |
|---|---|---|---|---|
| Billing | $ 121 60 | $ 123 00 | $ 125 00 | $ 369 60 |
| Tax Preparation - Net | 5,393 07 | 1,212 00 | 1,362 75 | 7,967 82 |
| Respond to Tax Authorities | - | 1,964.80 | - | 1,964 80 |
| Net Request | $ 5,514 67 | $ 3,299 80 | $ 1,487 75 | $ 10,302.22 |

**BENCHMARK ENTERPRISES, INC.**

| Recap by Hour | Hours | Amount | Blended Rate |
|---|---|---|---|
| Billing | 3 6 | $    369 60 | $    102 67 |
| Tax Preparation - Net | 63 6 | 7,967 82 | $    125.28 |
| Respond to Tax Authorities | 9 9 | 1,964 80 | $    198 46 |
| | 77 1 | $  10,302 22 | $    133 62 |

| | | | |
|---|---|---|---|
| Note· Tax Preparation - Final | | $    1,817 00 | |
| Less   Voluntary Discount (25%) | | (454 25) | |
| | | $    1,362 75 | |

## EXPENSES

It is the Firm's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is the Firm's policy to charge its client only the amount actually incurred by the Firm in connection with such items. Examples of such expenses are postage, overnight mail, courier delivery, transportation, airfare, meals, and lodging.

| | First Interim Application | Second Interim Application | Third and Final Application | Total |
|---|---|---|---|---|
| Delivery | $    17.00 | $    - | $    20.00 | $    37 00 |
| Copy Costs | 10.30 | 25.10 | 16.80 | 52.20 |
| Postage | - | 2.45 | 0.47 | 2 92 |
| | $    27.30 | $    27.55 | $    37.27 | $    92.12 |

The Applicant has received its First and Second Interim Compensation as follows:

|  | Compensation | Expenses |
|---|---|---|
| 02/19/16-09/26/16 | $   5,514.67 | $   27.30 |
| 09/27/16-08/07/17 | 3,299.80 | 27.55 |

## **ALLOWANCE OF COMPENSATION**

The foregoing professional services rendered during the Compensation Period were necessary and appropriate to the administration of the Chapter 7 case and was in the best interests of the parties in interest. Compensation for the foregoing services as requested is commensurate with the complexity, importance, and nature of the problems, issues, or tasks involved. ADLPC has taken significant efforts to ensure that the professional services were performed with expedience and in an efficient manner and without duplication of effort.

Section 330 provides that a court may award a professional employed under Section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court should consider the nature, the extent, and the value of such services, taking into account all relevant factors, including.
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time the service was rendered toward the completion of, a case under this title;

7

(D)   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed; and

(E)   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

Id. § 330(a)(3).

In the instant case, ADLPC respectfully submits that the services for which it seeks compensation in this Third and Final Fee Application were necessary for and beneficial to the Trustee's efforts in administering the Debtor's Estate, and necessary to and in the best interests of the Debtor's Estate. ADLPC further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services provided to the Trustee and the Debtor's Estate.

The rates charged by ADLPC in this case are standard for any bankruptcy matter, and are identical to the rate it would charge throughout the country in any bankruptcy case of this size and prominence.

In sum, the services rendered by ADLPC were necessary and beneficial to the Debtor's Estate, and were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. As shown by this Third and Final Fee Application and supporting exhibits, ADLPC incurred professional time economically and without unnecessary duplication of effort. In addition, the work involved, and thus the time expended, was carefully assigned in view of the experience and expertise required for a particular task. Accordingly, approval of the Third and Final compensation sought herein for the Compensation Period is warranted.

8

BENCOMARKENTERPRISESINC.

## LIMIT NOTICE

Since in this Chapter 7 case, more than 90 days has passed since the first date set for the meeting of creditors, this Court has authority to allow notice of this motion to be sent only to the debtor(s), the United States Trustee, to other parties in interest, and to only creditors who have filed claim in this case (there being no creditors who have the right to an extension to file claims).  See, Rule 2002(h) of the Federal Rules of Bankruptcy Procedure.

## CONCLUSION AND REQUEST FOR RELIEF

Based upon the foregoing, your Applicant submits that the relief requested is justified in the circumstances and its allowance would be appropriate.  Therefore, the requested third and final compensation of $1,487.75 and expenses of $37.27 should be allowed for services by your Applicant for the period August 8, 2017 through March 19, 2018.  Further, request is made to limit notice as set forth above.

_____

Alan D. Lasko

Alan D. Lasko & Associates, P.C.
205 West Randolph Street
Suite 1150
Chicago, Illinois  60606
(312) 332-1302

.

9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Benchmark Enterprises, Inc. | ) | No. 15 B 09287 |
| | ) | |
| | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Hon. Pamela S. Hollis |

### AFFIDAVIT PURSUANT TO BANKRUPTCY RULE 2016

STATE OF ILLINOIS)
                 )        SS.
COUNTY OF COOK  )

I, Alan D. Lasko, being first duly sworn on oath, depose and state as follows:

1.   I am the owner of the Firm ALAN D. LASKO & ASSOCIATES, P.C. ("Lasko") and I am authorized to execute this Affidavit on behalf of Lasko. Lasko is the Court-approved accountants for Cindy M. Johnson, Chapter 7 Trustee in this case ("Trustee").

2.   I have read the Third and Final Application of Lasko, for allowable compensation and expenses ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Lasko has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.   Lasko has previously received payments for services rendered in connection with this case from the Trustee. Lasko has not entered into any agreement or understanding between itself and any other person for the sharing of compensation received or to be received for services rendered to the Trustee in connection with these cases, except among the members and associates of the Firm.

4.   The Applicant has received its First and Second Interim Compensation as follows:

| | Compensation | | Expenses | |
|---|---|---|---|---|
| 02/19/16-09/26/16 | $ | 5,514.67 | $ | 27.30 |
| 09/27/16-08/07/17 | | 3,299.80 | | 27.55 |

10

FURTHER AFFIANT SAYETH NOT.

_____
Alan D. Lasko

Subscribed and Sworn to before me
this _____19th_____ day of March, 2018.

_____
Notary Public

OFFICIAL SEAL
CLAUDETTE WILSON
NOTARY PUBLIC   STATE OF ILLINOIS
MY COMMISSION EXPIRES 05/10/20

**EXHIBIT A**

**ORDER OF EMPLOYMENT**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )          BK No.:   15-09287
Benchmark Enterprises, Inc.               )
                                          )
                                          )          Chapter: 7
                                          )          Honorable Bruce W. Black
                                          )
                                          )          Joliet
              Debtor(s)                   )

## ORDER EMPLOYING ACCOUNTANTS

This cause coming to be heard on Trustee's Motion to Employ Accountants, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Application is granted as set forth herein;

2. The Trustee is authorized to employ and retain Alan D. Lasko and Alan D. Lasko & Associates, PC as her accountants; and

3. All compensation for services said accountants is to be hereinafter determined by this Court.

Enter:        *Bruce W. Black*

              Honorable Bruce W. Black
              United States Bankruptcy Judge

Dated:  February 19, 2016

Prepared by:

Cindy M. Johnson
Johnson Legal Group, LLC
140 S. Dearborn St., Suite 1510
Chicago, Illinois 60603

**EXHIBIT B**

**PERSONNEL**

The following represents a description of the primary individuals in this engagement.

Alan D. Lasko – CPA, CIRA, CFF

Mr. Lasko has worked primarily in the bankruptcy field over the last 32 years. He brings his 42 years of experience in providing operational support to Chapter 11 and creditor committees, as well as his technical abilities in various accounting and tax matters in bankruptcy cases. Mr. Lasko has been an expert witness, been appointed as a receiver in State Court, worked as a disbursing agent, made presentations to creditors and their committees and worked with debtor and creditor counsels in formulating plans of reorganizations and disclosure statements. Mr. Lasko is a member of the Certified Insolvency and Restructuring Advisors (CIRA), as well as being Certified in Financial Forensics (CFF). Mr. Lasko is also a member of the American Bankruptcy Institute, the American Institute of Certified Public Accountants and the Illinois CPA Society. Mr. Lasko also has instructed and has written seminars on various bankruptcy-related topics. Last, Mr. Lasko has broad accounting and tax experience in Chapter 7 cases.


Denise C. Konomidis, CPA – Tax Supervisor

Ms. Konomidis has 17 years of experience performing tax preparation and tax planning in public accounting. She has worked for a large and small public accounting firm and tax planning firm over this period. She has worked with commercial and individual accounts of various sizes. She has an Undergraduate Degree in Accounting from the University of Illinois. She is a Certified Public Accountant and a member of the American Institute of Certified Public Accountants and the Illinois CPA Society.

**BENCHMARK ENTERPRISES INC.**

Karen Seyller, JD – Senior

Ms. Seyller has worked on various insolvency and litigation matters for 4 years. She has also worked on numerous Chapter 11 and 7 matters, as well as Receivership-related work and civil litigation support work. Prior to joining the Firm, Ms. Seyller had worked as a part-time intern for a tax law practice preparing income tax returns over two tax seasons. Subsequently, Ms. Seyller then had worked full time as a tax accountant for a medical care company over the last 5 years. Duties included the preparation of various types of tax returns of the business including but not limited to income tax returns, gross receipts returns, sales and use tax returns, as well as being involved in other general ledger duties of the company. Ms. Seyller has a Bachelor's Degree in Accounting from Saint Xavier University. She has completed her work at John Marshall Law School.


Dominika Stefanczuk – Staff

Ms. Stefanczuk is a staff accountant performing accounting and tax services. Ms. Stefanczuk has recently completed her Bachelor's Degree in Accounting and her Master's Degree in Accounting from Saint Xavier University.

**EXHIBIT C**

**STAFF LEVELS**

## STAFF LEVEL – SUPERVISORS, SENIORS AND ASSISTANTS

SUPERVISORS

After a period of several years of experience, senior accountants are advanced to the supervisory level. Supervisors have administrative and overview responsibility on a broader level than senior accountants. Supervisors are responsible to keep the manager abreast of the progress of the engagement of the problems encountered in a particular circumstance.

SENIORS

After a period of usually 2 to 3 years, an individual is advanced to the senior level. Seniors are primarily responsible for the day-to-day functions of fieldwork with the Court. In bankruptcy-related work, audit seniors may also perform specific tasks at the request of a manager or supervisor.

ASSISTANTS

Staff assistants usually execute basic assignments or tasks. In bankruptcy-related work, assistants primarily perform specific projects at specified times under the supervision of a senior, supervisor or manager.

**EXHIBIT D**

**ACTUAL TIME FROM TIME SLIPS**

**EXHIBIT D-1**

**TAX PREPARATION**

3/14/2018
11 32 AM

---

## Selection Criteria

| Clie Selection | Include  Benchmk Ent 002, Benchmk Ent 012 |
|---|---|

---

| | |
|---|---|
| Nickname | Benchmk Ent 002 \| 4858 |
| Full Name | Benchmark Enterprises, Inc |
| Address | Cindy Johnson Trustee |
| | 140 S  Dearborn Street |
| | Suite 1510 |
| | Chicago, IL 60603 |
| Phone | Fax |
| Home | Other |
| In Ref To | tax preparation |
| Fees Arrg | By billing value on each slip |
| Expense Arrg | By billing value on each slip |
| Tax Profile | Exempt |
| Last bill | 8/5/2017 |
| Last charge | 3/14/2018 |
| Last payment | 10/5/2017        Amount        $1,218 55 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/6/2018 161518 | D  Stefanczuk 800 | 95 00 | 1 70 | 161 50 | Billable |
| | preparation of work papers and tax returns - 2017 | | | | |
| 3/6/2018 161559 | K  Seyller 800 | 170 00 | 0 90 | 153 00 | Billable |
| | Reviewed 2017 work papers and tax return | | | | |
| 3/8/2018 161606 | A  Lasko 800 | 300 00 | 0 90 | 270 00 | Billable |
| | tax review of work papers and returns - 2017 | | | | |
| 3/8/2018 161609 | A  Lasko 800 | 300 00 | 0 30 | 90 00 | Billable |
| | sign off of federal and state tax returns and efile authorization letter for 2017 | | | | |
| 3/8/2018 161649 | A  Lasko 800 | 300 00 | 0 10 | 30 00 | Billable |
| | prepared final return information request to trustee and set up staff for same (partial n/c) | | | | |
| 3/9/2018 161691 | K  Seyller 800 | 170 00 | 0 80 | 136 00 | Billable |
| | Reviewed final 2018 work papers and tax return | | | | |
| 3/9/2018 161704 | D  Stefanczuk 800 | 95 00 | 3 10 | 294 50 | Billable |
| | Prepared 2018 work papers and tax returns | | | | |

3/14/2018
11 32 AM

Benchmk Ent 002 Benchmark Enterprises, Inc  (continued)

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/9/2018 161706 | D Stefanczuk 800 | 95 00 | 0 80 | 76 00 | Billable |
|  | Prepared 2018 1099-DIV for shareholder distributions |  |  |  |  |
| 3/12/2018 161776 | K Seyller 800 | 170 00 | 0 30 | 51 00 | Billable |
|  | Reviewed 2018 dividend information tax return |  |  |  |  |
| 3/12/2018 161789 | A Lasko 800 | 300 00 | 0 90 | 270 00 | Billable |
|  | tax review of final return for 2018 |  |  |  |  |
| 3/13/2018 161833 | A Lasko 800 | 300 00 | 0 40 | 120 00 | Billable |
|  | sign off of federal and state tax returns and efile authorization letter for final return |  |  |  |  |
| 3/14/2018 161864 | D Stefanczuk 800 | 95 00 | 1 20 | 114 00 | Billable |
|  | Estimated time to prepare estate's final information tax returns and cover letter to trustee |  |  |  |  |
| 3/14/2018 161865 | K Seyller 800 | 170 00 | 0 30 | 51 00 | Billable |
|  | Estimated time to review estate's final information tax returns and cover letter to trustee |  |  |  |  |

| TOTAL | Billable Fees |  | 11 70 |  | $1,817 00 |
|---|---|---|---|---|---|

| Date ID | Timekeeper Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 3/8/2018 161644 | C Wilson 115 | 6 60 | 1 000 | 6 60 | Billable |
|  | Photocopy costs for 2017 Forms 1120S income tax returns - 66 pages @ $ 10 per page |  |  |  |  |
| 3/8/2018 161646 | C Wilson 116 | 10 00 | 1 000 | 10 00 | Billable |
|  | Delivery of 2017 Forms 1120S income tax returns to Cindy M  Johnson - confirmation #1079857 |  |  |  |  |
| 3/13/2018 161820 | C Wilson 115 | 1 20 | 1 000 | 1 20 | Billable |
|  | Photocopy costs for 2018 Forms 1096 and 1099 information tax returns - 12 pages @ $ 10 per page |  |  |  |  |

3/14/2018
11 32 AM

Benchmk Ent 002 Benchmark Enterprises, Inc  (continued)

| Date | Timekeeper | Price | Quantity | Amount | Total |
|---|---|---|---|---|---|
| ID | Expense | Markup % | | | |
| 3/13/2018 | C  Wilson | 0 47 | 1 000 | 0 47 | Billable |
| 161821 | 105 | | | | |
| | Postage costs for 2018 Forms 1096 and 1099 information tax returns | | | | |
| 3/13/2018 | C  Wilson | 9 00 | 1 000 | 9 00 | Billable |
| 161884 | 115 | | | | |
| | Photocopy costs for 2018 Forms 1120S income tax returns - 90 pages @ $ 10 per page/ | | | | |
| 3/14/2018 | C  Wilson | 10 00 | 1.000 | 10 00 | Billable |
| 161885 | 116 | | | | |
| | Delivery of 2018 Forms 1120S income tax returns to Cindy M  Johnson - confirmation #1080479 | | | | |

| TOTAL | Billable Costs | | | | $37 27 |
|---|---|---|---|---|---|

---

## Calculation of Fees and Costs

| | Amount | Total |
|---|---|---|
| **Fees Bill Arrangement  Slips** | | |
| By billing value on each slip | | |
| Total of billable time slips | $1,817 00 | |
| Total of Fees (Time Charges) | | $1,817 00 |
| **Costs Bill Arrangement  Slips** | | |
| By billing value on each slip | | |
| Total of billable expense slips | $37 27 | |
| Total of Costs (Expense Charges) | | $37 27 |
| Total new charges | | $1,854 27 |
| **Previous Balance** | | |
| 120 Days | $1,220 55 | |
| Total Previous Balance | | $1,220 55 |

Accounts Receivables

| Date|ID | Type | Description | | |
|---|---|---|---|---|
| 10/5/2017 | PAY | Payment - Thank You | ($1,218 55) | |
| 20060 | | | | |
| 10/5/2017 | CRED | Credit | ($2 00) | |
| 20061 | | | | |

Benchmk Ent 002 Benchmark Enterprises, Inc  (continued)

|  | Amount | Total |
|---|---|---|
| Total Accounts Receivable | | ($1,220 55) |
| New Balance | | |
| Current | $1,854 27 | |
| Total New Balance | | $1,854 27 |

**EXHIBIT D-2**

**BILLING TIME**

3/14/2018
11 32 AM

| | |
|---|---|
| Nickname | Benchmk Ent 012 \| 4859 |
| Full Name | Benchmark Enterprises, Inc |
| Address | Cindy Johnson Trustee |
| | 140 S  Dearborn Street |
| | Suite 1510 |
| | Chicago, IL 60603 |

| | | | |
|---|---|---|---|
| Phone | | Fax | |
| Home | | Other | |
| In Ref To | fee petition | | |
| Fees Arrg | By billing value on each slip | | |
| Expense Arrg | By billing value on each slip | | |
| Tax Profile | Exempt | | |
| Last bill | 8/5/2017 | | |
| Last charge | 3/14/2018 | | |
| Last payment | 10/5/2017 | Amount | $125 00 |

| Date ID | Timekeeper Task | Rate Markup % | Hours DNB Time | Amount DNB Amt | Total |
|---|---|---|---|---|---|
| 3/14/2018 161894 | C  Wilson 800 | 65 00 | 1 00 | 65 00 | Billable |
| | Prepared fee petition | | | | |
| 3/14/2018 161899 | A  Lasko 800 | 300 00 | 0 20 | 60 00 | Billable |
| | Prepared fee petition | | | | |
| TOTAL | Billable Fees | | 1 20 | | $125 00 |

Total of billable expense slips    $0 00

---

## Calculation of Fees and Costs

---

| | Amount | Total |
|---|---|---|
| Fees Bill Arrangement  Slips By billing value on each slip | | |
| Total of billable time slips | $125 00 | |
| Total of Fees (Time Charges) | | $125 00 |
| Total of Costs (Expense Charges) | | $0 00 |
| Total new charges | | $125 00 |
| Previous Balance 120 Days | $125 00 | |

Pre-bill Worksheet

Benchmk Ent 012 Benchmark Enterprises, Inc  (continued)

| | | | Amount | Total |
|---|---|---|---|---|
| Total Previous Balance | | | | $125 00 |
| | | | | |
| Accounts Receivables | | | | |
| Date\|ID | Type | Description | | |
| 10/5/2017 | PAY | Payment - Thank You | ($125 00) | |
| 20058 | | | | |
| Total Accounts Receivable | | | | ($125 00) |
| | | | | |
| New Balance | | | | |
| Current | | | $125 00 | |
| | | | | |
| Total New Balance | | | | $125 00 |