# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Benchmark Enterprises, Inc. | § | Case No. 15-09287 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/16/2015 .  The undersigned trustee was appointed on 03/16/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $          73,094.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 10,655.73 |
| Bank service fees | 3,441.99 |
| Other payments to creditors | 2,091.99 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 56,904.29 |

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  07/21/2015  and the deadline for filing governmental claims was  09/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,904.70 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,904.70 , for a total compensation of $ 6,904.70 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,318.27 , for total expenses of $ 1,318.27 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/17/2019                      By:/s/Cindy M. Johnson, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 15-09287 | PSH |
| Case Name: | Benchmark Enterprises, Inc. | |
| For Period Ending: | 01/17/2019 | |

| | |
|---|---|
| Judge: | Pamela S. Hollis |

| | |
|---|---|
| Trustee Name: | Cindy M. Johnson, Trustee |
| Date Filed (f) or Converted (c): | 03/16/2015 (f) |
| 341(a) Meeting Date: | 04/13/2015 |
| Claims Bar Date: | 07/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  $250 Check Made Out To Benchmark | 250.00 | 250.00 | | 250.00 | FA |
| 2.  Funds In Mckenna Storer Client's Funds Account | 98.89 | 0.00 | | 0.00 | FA |
| 3.  Mckenna Storer Client's Funds Account | 988.89 | 558.89 | | 558.89 | FA |
| 4.  Heartland Bank  Overdrawn By $883.00 | 0.00 | 0.00 | | 0.00 | FA |
| 5.  Fifth Third Bank, Yorkville, Il Checking Account | 53.22 | 42.61 | | 42.61 | FA |
| 6.  Wilcox Development Group, Inc. 23852 Dayfield Plainfield, Il | 18,015.28 | 18,015.00 | | 0.00 | FA |
| 7.  Aimco Elm Creek Llc 4582 S. Ulster St. Suite 1100 Denver, Co | 37,702.42 | 37,702.42 | | 0.00 | FA |
| 8.  Hartz Homes 9026 Heritage Parkway, Woodridge, Il 60517 | 11,065.00 | 11,065.00 | | 0.00 | FA |
| 9.  Ryland Homes 1141 E. Main St. Ste. 108 East Dundee, Il 60118 | 9,955.00 | 2,542.00 | | 2,542.50 | FA |
| 10.  2012 Mini Countryman 65,000 Miles | 16,800.00 | 0.00 | | 0.00 | FA |
| 11.  2010 Lincoln Navigator 120,000 Miles | 13,000.00 | 0.00 | | 0.00 | FA |
| 12.  2008 Ford F-250 Pickup 150,000 Miles VIN *39267 | 8,500.00 | 0.00 | | 0.00 | FA |
| 13.  2010 Ford F-250 Pickup 150,000 Miles VIN **8028 (erroneously | 11,200.00 | 0.00 | | 0.00 | FA |
| 14.  2 Printers, 2 Desks, 2 Desktop Computers | 1,200.00 | 0.00 | | 0.00 | FA |
| 15.  Void | 0.00 | 0.00 | | 0.00 | FA |
| 16.  2010 Ford F-350 VIN **96192 | 18,500.00 | 10,000.00 | | 10,000.00 | FA |
| 17.  2008 Ford F-350 VIN **13777 | 8,500.00 | 6,000.00 | | 6,000.00 | FA |
| 18.  2007 Ford F-350 VIN **15401 | 1,000.00 | 2,000.00 | | 450.00 | FA |
| 19.  2006 Ford F-350 VIN **75635 | 3,000.00 | 2,000.00 | | 2,000.00 | FA |
| 20.  2004 Ford F-250 VIN **67500 | 3,000.00 | 2,000.00 | | 2,000.00 | FA |
| 21.  2000 GMC 7500 VIN **06231 | 5,000.00 | 3,000.00 | | 3,000.00 | FA |
| 22.  1999 Ford F-350 VIN ******* | 1,500.00 | 2,000.00 | | 2,000.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-09287 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Benchmark Enterprises, Inc. | | | | Date Filed (f) or Converted (c): | 03/16/2015 (f) |
| | | | | | 341(a) Meeting Date: | 04/13/2015 |
| For Period Ending: | 01/17/2019 | | | | Claims Bar Date: | 07/21/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23.  1997 Ford F-250 VIN **23979 | 3,000.00 | 2,000.00 | | 2,000.00 | FA |
| 24.  1972 Oshkosh VIN **18004 | 2,000.00 | 1,000.00 | | 1,000.00 | FA |
| 25.  2010 16' Tow Master VIN **60315 | 3,000.00 | 2,000.00 | | 2,000.00 | FA |
| 26.  2004 24' Pace VIN **06543 | 4,000.00 | 3,000.00 | | 3,000.00 | FA |
| 27.  2004 14' Corn Pro VIN **38405 | 1,800.00 | 1,800.00 | | 1,000.00 | FA |
| 28.  2003 20' Imperial VIN **72416 | 1,500.00 | 1,000.00 | | 1,000.00 | FA |
| 29.  2001 20' US Cargo VIN **41072 | 3,000.00 | 2,000.00 | | 2,000.00 | FA |
| 30.  2001 16' Hudson VIN **00156 | 1,100.00 | 1,100.00 | | 1,000.00 | FA |
| 31.  2001 20' Winston VIN **02125 | 4,000.00 | 3,000.00 | | 1,000.00 | FA |
| 32.  1995 14' M.T. VIN **X02778 | 1,700.00 | 1,000.00 | | 1,000.00 | FA |
| 33.  1993 16' Beaver Creek VIN **793108 | 3,100.00 | 1,000.00 | | 2,000.00 | FA |
| 34.  1987 16' Shelby VIN **F0912 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 35.  1987 16' Low Boy VIN **57177 | 750.00 | 1,000.00 | | 1,000.00 | FA |
| 36.  1979 12' Miller VIN **10998 | 425.00 | 1,000.00 | | 450.00 | FA |
| 37.  1977 18' Adette VIN **05537 | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 38.  2005 Takeuchi TL140 Skid Steer | 22,500.00 | 10,000.00 | | 10,000.00 | FA |
| 39.  2008 Case 450 Skid Steer | 15,000.00 | 12,000.00 | | 12,000.00 | FA |
| 40.  Accounts receivable (u) | 0.00 | 1,800.00 | | 1,800.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $238,203.70          $143,875.92          $73,094.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Receivables Collected.  Trustee's sale of equipment concluded (order authorizing 11/6/15, doc. 45). All cash funds collected.  IRS reviewed estate tax return for 2015 and conferred with trustee's accountant.  IRS did not issue no-action letter until 2017.  Final estate tax return has been filed.  No response received.

Exhibit A

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | This was a duplicate (erroneous) listing of asset 3 |
| RE PROP # | 6 | -- | Per RCC Wilcox is claiming over $400K in setoffs- uncollecible. |
| RE PROP # | 7 | -- | Uncollectable. |
| RE PROP # | 8 | -- | Uncollectible |
| RE PROP # | 12 | -- | Motion For Relief  granted 3/27/15 doc. 22 |
| RE PROP # | 13 | -- | Motion for Relief granted 4/17/15 doc. 15 |
| RE PROP # | 15 | -- | This scheduled "asset" is broken down by individual assets separately on the report, and a value for each asset sold is listed. |
| RE PROP # | 16 | -- | Trucks -sold -docket 45 order |
| RE PROP # | 17 | -- | Trucks - sold -docket 45 order |
| RE PROP # | 18 | -- | Trucks sold -docket 45 order |
| RE PROP # | 19 | -- | Trucks  sold -docket 45 order |
| RE PROP # | 20 | -- | Trucks - sold -docket 45 order |
| RE PROP # | 21 | -- | Trucks - sold -docket 45 order |
| RE PROP # | 22 | -- | Trucks -sold -docket 45 order |
| RE PROP # | 23 | -- | Trucks - sold -docket 45 order |
| RE PROP # | 24 | -- | Trucks - sold -docket 45 order |
| RE PROP # | 25 | -- | Trailers - sold -docket 45 order<br>Lien holder: CNH Industrial Capital America, LLC |
| RE PROP # | 26 | -- | Trailers -sold -docket 45 order |
| RE PROP # | 27 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 28 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 29 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 30 | -- | Trailers -sold -docket 45 order |
| RE PROP # | 31 | -- | Trailers - sold -docket 45 order<br>Lien holder: Heartland Bank & Trust Co. |
| RE PROP # | 32 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 33 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 34 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 35 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 36 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 37 | -- | Trailers - sold -docket 45 order |
| RE PROP # | 38 | -- | Machines - sold -docket 45 order |
| RE PROP # | 39 | -- | Machines - sold -docket 45 order |
| RE PROP # | 40 | -- | Settlement of A/R against Avondale Custom Homes and So-La Properties, LLC was approved by Order dated 5/27/16 (doc. 57) |

Initial Projected Date of Final Report (TFR): 04/13/2017        Current Projected Date of Final Report (TFR): 01/25/2019

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 15-09287 | | | Trustee Name: Cindy M. Johnson, Trustee |
|---|---|---|---|
| Case Name: Benchmark Enterprises, Inc. | | | Bank Name: BOK Financial |
| | | | Account Number/CD#: XXXXXX0143 |
| | | | Checking |
| Taxpayer ID No: XX-XXX3954 | | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/17/2019 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/18/15 | | Health Industrial Auction Services, Inc. 508 West Brittany Drive Arlington Heights, IL 60004 | Liquidation of Assets | | $67,900.00 | | $67,900.00 |
| | | | Gross Receipts | $67,900.00 | | | |
| | 16 | | 2010 Ford F-350 VIN **96192 | $10,000.00 | 1129-000 | | |
| | 17 | | 2008 Ford F-350 VIN **13777 | $6,000.00 | 1129-000 | | |
| | 18 | | 2007 Ford F-350 VIN **15401 | $450.00 | 1129-000 | | |
| | 19 | | 2006 Ford F-350 VIN **75635 | $2,000.00 | 1129-000 | | |
| | 20 | | 2004 Ford F-250 VIN **67500 | $2,000.00 | 1129-000 | | |
| | 21 | | 2000 GMC 7500 VIN **06231 | $3,000.00 | 1129-000 | | |
| | 22 | | 1999 Ford F-350 VIN ******* | $2,000.00 | 1129-000 | | |
| | 23 | | 1997 Ford F-250 VIN **23979 | $2,000.00 | 1129-000 | | |
| | 24 | | 1972 Oshkosh VIN **18004 | $1,000.00 | 1129-000 | | |
| | 25 | | 2010 16' Tow Master VIN **60315 | $2,000.00 | 1129-000 | | |
| | 26 | | 2004 24' Pace VIN **06543 | $3,000.00 | 1129-000 | | |
| | 27 | | 2004 14' Corn Pro VIN **38405 | $1,000.00 | 1129-000 | | |
| | 28 | | 2003 20' Imperial VIN **72416 | $1,000.00 | 1129-000 | | |
| | 29 | | 2001 20' US Cargo VIN **41072 | $2,000.00 | 1129-000 | | |
| | 30 | | 2001 16' Hudson VIN **00156 | $1,000.00 | 1129-000 | | |
| | 31 | | 2001 20' Winston VIN **02125 | $1,000.00 | 1129-000 | | |
| | 32 | | 1995 14' M.T. VIN **X02778 | $1,000.00 | 1129-000 | | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-09287 | Trustee Name: Cindy M. Johnson, Trustee | |
| Case Name: Benchmark Enterprises, Inc. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0143 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 33 | | 1993 16' Beaver Creek VIN **793108 | $2,000.00 | 1129-000 | | |
| | 34 | | 1987 16' Shelby VIN **F0912 | $1,000.00 | 1129-000 | | |
| | 35 | | 1987 16' Low Boy VIN **57177 | $1,000.00 | 1129-000 | | |
| | 36 | | 1979 12' Miller VIN **10998 | $450.00 | 1129-000 | | |
| | 37 | | 1977 18' Adette VIN **05537 | $1,000.00 | 1129-000 | | |
| | 38 | | 2005 Takeuchi TL140 Skid Steer | $10,000.00 | 1129-000 | | |
| | 39 | | 2008 Case 450 Skid Steer | $12,000.00 | 1129-000 | | |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $26.04 | $67,873.96 |
| 12/02/15 | 101 | CNH Industrial Capital America, LLC PO Box 3600 Lancaster, PA 17604 | Liquidation of Assets the allowed amount includes interest of 10.49% through the date of closing | | 4210-000 | | $1,091.99 | $66,781.97 |
| 12/02/15 | 102 | Heartland Bank and Trust Company C/O: O'Brien Law Offices PC 124A South County Farm Rd. Wheaton, IL 60187 | Liquidation of Assets Pay off for 2001 Winston Trailer | | 4210-000 | | $1,000.00 | $65,781.97 |
| 12/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $100.06 | $65,681.91 |
| 01/11/16 | 9 | Receivables Control Corporation 7373 Kirkwood Court, Suite 200 Minneapolis, MN 55369 | Account Receivable settlement Ryland Home | | 1121-000 | $2,542.50 | | $68,224.41 |
| 01/11/16 | 103 | CNH Industrial Capital America, LLC CNH Industrial Capital America, LLC C/O: Rachel Gonzalez PO Box 3600 Lancaster, PA 17604 | Liquidation of Assets the allowed amount includes interest of 10.49% through the date of closing | | 4210-000 | | $1,091.99 | $67,132.42 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*          Page Subtotals:          $2,542.50    $3,310.08

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 15-09287 | | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Benchmark Enterprises, Inc. | | Bank Name: BOK Financial |
| | | Account Number/CD#: XXXXXX0143 |
| | | Checking |
| Taxpayer ID No: XX-XXX3954 | | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/17/2019 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $101.14 | $67,031.28 |
| 02/02/16 | 101 | CNH Industrial Capital America, LLC PO Box 3600 Lancaster, PA 17604 | Liquidation of Assets Reversal CNH insists they never received check. Stopped payment | 4210-000 | | ($1,091.99) | $68,123.27 |
| 02/02/16 | 104 | CNH Industrial Capital America, LLC PO Box 3600 Lancaster, PA 17604 | Liquidation of Assets the allowed amount includes interest of 10.49% through the date of closing | 4210-000 | | $1,091.99 | $67,031.28 |
| 02/03/16 | 103 | CNH Industrial Capital America, LLC CNH Industrial Capital America, LLC C/O: Rachel Gonzalez PO Box 3600 Lancaster, PA 17604 | Liquidation of Assets Reversal CNH Insists they never got check. Stopped payment. | 4210-000 | | ($1,091.99) | $68,123.27 |
| 02/18/16 | 105 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond Reversal Check Voided due to miscalculation of premium amount | 2300-000 | | ($38.82) | $68,162.09 |
| 02/18/16 | 105 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $38.82 | $68,123.27 |
| 02/18/16 | 106 | Adams Levine 370 Lexington Ave. Suite 1101 New York, NY 10017 | 2016 Blanket Bond | 2300-000 | | $43.88 | $68,079.39 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $94.56 | $67,984.83 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $100.76 | $67,884.07 |
| 04/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $97.37 | $67,786.70 |

Page Subtotals: $0.00 ($654.28)

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-09287

Case Name: Benchmark Enterprises, Inc.

Taxpayer ID No: XX-XXX3954

For Period Ending: 01/17/2019

Trustee Name: Cindy M. Johnson, Trustee

Bank Name: BOK Financial

Account Number/CD#: XXXXXX0143

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $100.47 | $67,686.23 |
| 06/22/16 | 40 | Chicago Title and Trust Company 1795 W. State Street Geneva, IL 60134 | Account Receivable settlement | | 1221-000 | $1,800.00 | | $69,486.23 |
| 06/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $97.42 | $69,388.81 |
| 07/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.85 | $69,285.96 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.69 | $69,183.27 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $99.23 | $69,084.04 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $102.39 | $68,981.65 |
| 11/30/16 | | McKenna Storer 33 North LaSalle Street Suite 1400 Chicago, IL 60602-2610 | Client Funds account | | | $808.89 | | $69,790.54 |
| | | | Gross Receipts | $808.89 | | | | |
| | 1 | | $250 Check Made Out To Benchmark | $250.00 | 1129-000 | | | |
| | 3 | | Mckenna Storer Client's Funds Account | $558.89 | 1129-000 | | | |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $98.94 | $69,691.60 |
| 12/06/16 | 5 | Carolyn J. Knoebel 11 Abbeyfeale Dr. Oswego, IL 60543 | Bank Account fifth third bank account | | 1129-000 | $42.61 | | $69,734.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*

Page Subtotals:

$2,651.50     $703.99

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 15-09287
Case Name: Benchmark Enterprises, Inc.

Taxpayer ID No: XX-XXX3954
For Period Ending: 01/17/2019

Trustee Name: Cindy M. Johnson, Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0143
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/16 | 107 | US Bankruptcy Court<br>219 S. Dearborn Street<br>Room 713<br>Chicago, Illinois 60604 | Court Cost Fees<br>15-09287 Court cost fees | 2990-000 | | $176.00 | $69,558.21 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $103.10 | $69,455.11 |
| 01/09/17 | 108 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Fees<br>interim fees and expenses | 3410-000 | | $5,514.67 | $63,940.44 |
| 01/09/17 | 109 | Alan D. Lasko & Associates, P.C.<br>205 West Randolph Street<br>Suite 1150<br>Chicago, Illinois 60606 | Accountant Expenses<br>interim fees and expenses | 3420-000 | | $27.30 | $63,913.14 |
| 01/31/17 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $100.04 | $63,813.10 |
| 02/21/17 | 110 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | 2017 Blanket Bond | 2300-000 | | $19.95 | $63,793.15 |
| 02/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.66 | $63,707.49 |
| 03/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.68 | $63,612.81 |
| 04/28/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.49 | $63,521.32 |
| 05/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.41 | $63,426.91 |
| 06/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.23 | $63,335.68 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Page Subtotals: $0.00   $6,398.53

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-09287 | Trustee Name: Cindy M. Johnson, Trustee |
| Case Name: Benchmark Enterprises, Inc. | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0143 |
| | Checking |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/17/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.13 | $63,241.55 |
| 08/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.99 | $63,147.56 |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.82 | $63,056.74 |
| 10/02/17 | 111 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Accountant Fees | 3410-000 | | $3,299.80 | $59,756.94 |
| 10/02/17 | 112 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Accountant Expenses | 3420-000 | | $27.55 | $59,729.39 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $90.53 | $59,638.86 |
| 11/30/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.78 | $59,553.08 |
| 12/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.51 | $59,464.57 |
| 01/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.38 | $59,376.19 |
| 02/15/18 | 113 | International Sureties, LTD Suite 420 701 Poydras St New Orleans, LA 70139 | 2018 Blanket Bond | 2300-000 | | $21.56 | $59,354.63 |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $79.70 | $59,274.93 |

UST Form 101-7-TFR (5/1/2011) (Page: 12)          Page Subtotals:          $0.00   $4,060.75

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-09287 | Trustee Name: Cindy M. Johnson, Trustee | |
| Case Name: Benchmark Enterprises, Inc. | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0143 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3954 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/17/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $88.10 | $59,186.83 |
| 04/16/18 | 114 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Distribution | 3410-000 | | $1,487.75 | $57,699.08 |
| 04/16/18 | 115 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Distribution | 3420-000 | | $37.27 | $57,661.81 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.69 | $57,577.12 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.57 | $57,491.55 |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.69 | $57,408.86 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.32 | $57,323.54 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.20 | $57,238.34 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.32 | $57,156.02 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.95 | $57,071.07 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.08 | $56,988.99 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $84.70 | $56,904.29 |

Page Subtotals: $0.00 $2,370.64

Exhibit B

| | | |
|---|---|---|
| COLUMN TOTALS | $73,094.00 | $16,189.71 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $73,094.00 | $16,189.71 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $73,094.00 | $16,189.71 |

Page Subtotals:                    $0.00            $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0143 - Checking | $73,094.00 | $16,189.71 | $56,904.29 |
| | $73,094.00 | $16,189.71 | $56,904.29 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $73,094.00 |
| Total Gross Receipts: | $73,094.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09287                                                                          Date: January 17, 2019

Debtor Name: Benchmark Enterprises, Inc.

Claims Bar Date: 7/21/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Administrative | | $0.00 | $6,904.70 | $6,904.70 |
| 100 2200 | Cindy M. Johnson 140 S. Dearborn St., Suite 1510 Chicago, Illinois 60603 | Administrative | | $0.00 | $1,318.27 | $1,318.27 |
| 100 2700 | U. S. Bankruptcy Court 219 S. Dearborn Street Room 713 Chicago, Illinois  60604 | Administrative | Fee due for docket 41 (motion to sell under 363(f)) - Court Costs amount per clerk docket 63 | $0.00 | $176.00 | $176.00 |
| 100 3410 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | | $0.00 | $10,302.22 | $10,302.22 |
| 100 3420 | Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, Illinois 60606 | Administrative | | $0.00 | $92.12 | $92.12 |
| 3a 280 5800 | Internal Revenue Service Po Box 802501 Cincinnati, Oh 45280 | Priority | | $0.00 | $18,632.12 | $18,632.12 |
| 13 280 5800 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority | | $12,000.00 | $22,337.61 | $22,337.61 |
| 20 280 5800 | Illinois Department Of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10Th Flr. | Priority | | $28,102.98 | $107,120.58 | $107,120.58 |
| 1 300 7100 | Acuity C/O Kohner, Mann & Kailas, S.C. 4650 North Port Washington Road Milwaukee, Wisconsin 53212 | Unsecured | | $12,115.00 | $12,115.00 | $12,115.00 |

Page 1                                                                          Printed: January 17, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09287                                                                                    Date: January 17, 2019
Debtor Name: Benchmark Enterprises, Inc.
Claims Bar Date: 7/21/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 2<br>300<br>7100 | Mccann Industries, Inc.<br>Michael T. Nigro, Attorney For Creditor<br>Nigro, Westfall & Gryska, P.C.<br>1793 Bloomingdale Road<br>Glendale Hts., Il 60139 | Unsecured | | $38,000.00 | $36,763.21 | $36,763.21 |
| 4<br>300<br>7100 | Lincoln Automotive Financial Services<br>P.O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $25,866.58 | $14,233.74 | $14,233.74 |
| 5<br>300<br>7100 | Ford Motor Credit Company Llc<br>P. O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $7,810.00 | $3,549.38 | $3,549.38 |
| 6<br>300<br>7100 | Ford Motor Credit Company Llc<br>P. O. Box 62180<br>Colorado Springs, Co 80962 | Unsecured | | $0.00 | $4,808.39 | $4,808.39 |
| 8<br>300<br>7100 | Tri-County Concrete, Inc.<br>331 W. Church St.<br>Sandwich, Il 60548-2007 | Unsecured | | $4,811.67 | $5,028.21 | $5,028.21 |
| 10 a<br>300<br>7100 | Heartland Bank And Trust Company<br>C/O Michael A. O"brien<br>124A South County Farm Road<br>Wheaton, Il 60187 | Unsecured | | $0.00 | $94,802.10 | $93,802.10 |
| 11<br>300<br>7100 | Ford Motor Credit Company Llc<br>C/O Blitt And Gaines<br>661 Glenn Ave<br>Wheeling, Il 60090 | Unsecured | | $9,978.38 | $10,009.00 | $10,009.00 |
| 12<br>300<br>7100 | Ford Motor Credit Company Llc<br>C/O Blitt And Gaines<br>661 Glenn Ave<br>Wheeling, Il 60090 | Unsecured | | $10,079.64 | $10,110.32 | $10,110.32 |
| 14<br>300<br>7100 | Erie Indemnity Company<br>Erie Insurance Group<br>100 Erie Insurance Place<br>Erie, Pa 165330 | Unsecured | | $6,138.52 | $15,397.08 | $15,397.08 |

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-09287                                                                      Date: January 17, 2019

Debtor Name: Benchmark Enterprises, Inc.

Claims Bar Date: 7/21/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 15<br>300<br>7100 | American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $3,513.00 | $3,513.97 | $3,513.97 |
| 16<br>300<br>7100 | Ge Capital C/O Kim Levelle<br>1010 Thomas Edison Blvd Sw<br>Cedar Rapids Ia 52404<br>Kimberly.Levelle@Ge.Com | Unsecured | | $17,281.89 | $27,613.88 | $27,613.88 |
| 17<br>300<br>7100 | Ozinga Materials, Inc.<br>Attn: Dave Huitsing<br>19001 Old Lagrange Road, Suite 300<br>Mokena, Il 60448 | Unsecured | | $2,835.57 | $12,060.13 | $12,060.13 |
| 18<br>300<br>7100 | Ozinga Materials, Inc.<br>Attn: Dave Huitsing<br>19001 Old Lagrange Road, Suite 300<br>Mokena, Il 60448 | Unsecured | | $19,071.59 | $62,134.16 | $62,134.16 |
| 19<br>300<br>7100 | Ccs Contractor Equipment And Supply<br>C/O James M. Dore And John N. Dore<br>134 N. La Salle St., Suite 1208<br>Chicago, Il 60602 | Unsecured | | $6,802.59 | $8,065.96 | $8,065.96 |
| 3<br>400<br>4110 | Internal Revenue Service<br>Po Box 802501<br>Cincinnati, Oh 45280 | Secured | | $167,364.34 | $488,536.82 | $488,536.82 |
| 7<br>400<br>4110 | Cnh Industrial Capital America, Llc<br>Fka Cnh Capital America Llc<br>Po Box 3600<br>Lancaster, Pa 17604-3600 | Secured | the allowed amount includes interest accrued of 10.49% through the date of closing | $0.00 | $1,021.48 | $1,091.99 |
| 10<br>400<br>4210 | Heartland Bank And Trust Company<br>C/O Michael A. O"brien<br>124A South County Farm Road<br>Wheaton, Il 60187 | Secured | | $0.00 | $94,802.10 | $1,000.00 |
| | Case Totals | | | $371,771.75 | $1,071,448.55 | $976,716.96 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 3                                                                      Printed: January 17, 2019

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-09287
Case Name: Benchmark Enterprises, Inc.
Trustee Name: Cindy M. Johnson, Trustee

Balance on hand                                    $        56,904.29

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | Heartland Bank And Trust Company | $ 94,802.10 | $ 1,000.00 | $ 1,000.00 | $ 0.00 |
| 3 | Internal Revenue Service | $ 488,536.82 | $ 488,536.82 | $ 0.00 | $ 48,681.32 |
| 7 | Cnh Industrial Capital America, Llc | $ 1,021.48 | $ 1,091.99 | $ 1,091.99 | $ 0.00 |

Total to be paid to secured creditors        $        48,681.32

Remaining Balance                            $         8,222.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 6,904.70 | $ 0.00 | $ 6,904.70 |
| Trustee Expenses: Cindy M. Johnson | $ 1,318.27 | $ 0.00 | $ 1,318.27 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 10,302.22 | $ 10,302.22 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 92.12 | $ 92.12 | $ 0.00 |
| Charges: U. S. Bankruptcy Court | $ 176.00 | $ 176.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        8,222.97

Remaining Balance                                              $           0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 148,090.31  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3a | Internal Revenue Service | $        18,632.12 | $        0.00 | $        0.00 |
| 13 | Illinois Department Of Revenue | $        22,337.61 | $        0.00 | $        0.00 |
| 20 | Illinois Department Of Employment Security | $      107,120.58 | $        0.00 | $        0.00 |

Total to be paid to priority creditors                $_____0.00

Remaining Balance                                     $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 319,204.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Acuity | $        12,115.00 | $        0.00 | $        0.00 |
| 2 | Mccann Industries, Inc. | $        36,763.21 | $        0.00 | $        0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Lincoln Automotive Financial Services | $ 14,233.74 | $ 0.00 | $ 0.00 |
| 5 | Ford Motor Credit Company Llc | $ 3,549.38 | $ 0.00 | $ 0.00 |
| 6 | Ford Motor Credit Company Llc | $ 4,808.39 | $ 0.00 | $ 0.00 |
| 8 | Tri-County Concrete, Inc. | $ 5,028.21 | $ 0.00 | $ 0.00 |
| 10 a | Heartland Bank And Trust Company | $ 93,802.10 | $ 0.00 | $ 0.00 |
| 11 | Ford Motor Credit Company Llc | $ 10,009.00 | $ 0.00 | $ 0.00 |
| 12 | Ford Motor Credit Company Llc | $ 10,110.32 | $ 0.00 | $ 0.00 |
| 14 | Erie Indemnity Company | $ 15,397.08 | $ 0.00 | $ 0.00 |
| 15 | American Express Bank, Fsb | $ 3,513.97 | $ 0.00 | $ 0.00 |
| 16 | Ge Capital C/O Kim Levelle | $ 27,613.88 | $ 0.00 | $ 0.00 |
| 17 | Ozinga Materials, Inc. | $ 12,060.13 | $ 0.00 | $ 0.00 |
| 18 | Ozinga Materials, Inc. | $ 62,134.16 | $ 0.00 | $ 0.00 |
| 19 | Ccs Contractor Equipment And Supply | $ 8,065.96 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $_____ 0.00

Remaining Balance     $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE