## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Benchmark Enterprises, Inc. | ) | CASE NO. 15-09287 |
| | ) | |
| Debtor(s). | ) | Hon. Pamela S. Hollis |

### CERTIFICATE OF SERVICE

I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors  (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m.,  May 17, 2019.


Cindy M. Johnson                          _/s/ Cindy M. Johnson_____
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

### SERVICE LIST

## Electronic Mail Notice List

- Andrew D Bratzel    debtor@mckenna-law.com,abratzel@mckenna-law.com, bankruptcy@mckenna-law.com,lpalma@mckenna-law.com;dowelljr84246@notify.bestcase.com
- James M Dore    jmdore70@sbcglobal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Michael T Nigro    mike@nigrowestfall.com
- Devin B Noble    dnoble@hinshawlaw.com, rjones@hinshawlaw.com
- Michael A O'Brien    mobrien@obrienlawoffices.com, pdunne@obrienlawoffices.com
- Christopher H Purcell    shermlaw13@aol.com

## Manual Notice List

See Attached Service List, and also:

Receivables Control Corporation
7373 Kirkwood Court Suite #200
Maple Grove, MN 55369

## SERVICE LIST

Benchmark Enterprises, Inc.
P.O. Box 573
Yorkville, IL 60560-0573

AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080

AT&T Mobility
PO Box 6416
Carol Stream, IL 60197-6416

Acuity
2800 S. Taylor Drive
Sheboygan, WI 53081-8474

Acuity
c/o Kohner, Mann & Kailas, S.C.
4650 North Port Washington Road
Milwaukee, Wisconsin 53212-1077

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

American Financial Man
3715 N Ventura Dr
Arlington Heights, IL 60004-7696

Ameson Tire Center, Inc.
100 Gletty Road
Sandwich, IL 60548-4053

BMW Bank Of North America, Inc
P.O. BOX 201347
ARLINGTON, TX 76006-1347

BMW Bank of North America
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Barge Terminal Trucking, Inc.
115 Kirkland Circle
Unit 2
Oswego, IL 60543-8769

Bart's Damp Proofing
25 Sonora Drive
Montgomery, IL 60538-2113

Batavia Damp Proofing LLC
P.O. Box 239
Yorkville, IL 60560-0239

Ben Thrall Excavating
P.O. Box 399
Newark, IL 60541-0399

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Blue Cross Blue Shield
P.O. Box 3239
Naperville, IL 60566-3239

Bryan A. Bagdady
1834 Walden Office Square,
Suite 500
Schaumburg, IL 60173-4298

Bud's Citgo
P.O. Box 459
Somonauk, IL 60552-0459

CCS Contractor Equipment & Supply I
1567 Frontenac Road
Naperville, IL 60563-1754

CCS Contractor Equipment and Supply
c/o James M. Dore and John N. Dore
134 N. La Salle St., Suite 1208
Chicago, IL 60602-1016

CNH Industrial Capital America, LLC
FKA CNH Capital America LLC
PO Box 3600
Lancaster, PA 17604-3600

Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130-0285

Carter Consulting & Estimating Serv
860 Kent Circle
Bartlett, IL 60103-4583

Central Illinois Conveying Inc.
385 E. Roosevelt St.
Morris, IL 60450-3117

Chase Bp Prvt Lbl
Po Box 15298
Wilmington, DE 19850-5298

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chem Wise
2600 Beverly Dr.
Unit 106
Aurora, IL 60502-8003

Citibank & Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
Po Box 790040
Saint Louis, MO 63179-0040

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Concrete Solutions
942 Tiffany Road
Antioch, IL 60002-1123

Daniel D. Knoebel
6700 Governor Beveridge Hwy
Somonauk, IL 60552-3046

DeKane Equipment Corp.
P.O. Box 157
Big Rock, IL 60511-0157

Donald C. Stinespring
5414 Hill Road
Richmond, IL 60071-9750

Dry County Enterprises
34 Countryview Drive
Yorkville, IL 60560-9702

Erie Indemnity Company
Erie Insurance Group
100 Erie Insurance Place
Erie, PA 165330

Erie Insurance Exchange
100 Erie Insurance Place
Erie, PA 16530-0001

Esteban Gaucin
1311 N. Oak Ave.
Round Lake, IL 60073-2025

FORD MOTOR CREDIT COMPANY LLC
c/o Blitt and Gaines
661 Glenn Ave
Wheeling, IL 60090-6017

Ford Credit Department 194101
PO Box 55000
Detroit, MI 48255-0001

Ford Motor Credit
PO Box 790093
Saint Louis, MO 63179-0093

Ford Motor Credit Company
P.O. Box 6508
Mesa, AZ 85216-6508

(p)FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

Fortress Financial Services Inc.
4250 Veterans Memorial Hwy.
Suite 420E
Holbrook, NY 11741-4020

Frank's Service Center Inc.
5401 S. Racine Ave.
Chicago, IL 60609-6058

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GE Capital C/O Kim LeVelle
1010 Thomas Edison Blvd SW
Cedar Rapids IA 52404
Kimberly.LeVelle@ge.com 52404-8247

Gabriel Guzman
2364 W. Pines Rd.
Oregon, IL 61061-9547

Grundy Redi-Mix Company
385 Roosevelt St.
Morris, IL 60450-3117

Heartland Bank
606 S. Main St.
Princeton, IL 61356-2070

Hector Cabral
85 Mulford
Elgin, IL 60120-4541

Hyphen Solutions
16479 N. Dallas Pkwy
Suite 400
Addison, TX 75001-6800

ING Rellastr
415 Life Ins.
Minot, ND 58702-5044

Illinois Department of Employment Security
33 South State Street
Chicago, Illinois 60603-2808
Attn: Bankruptcy Unit - 10th flr.

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, Illinois 60664-0291

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Illinois Dept. Employment Security
Collections Section
33 S. State St., 10th Floor
Chicago, IL 60603-2808

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

James J. Miller Mason Contractor I
161 Tamarack
Naperville, IL 60540-7935

Jesus Aguiar
1270 Spruce Lane
Unit A
Elgin, IL 60120-4826

Joanne Knoebel
6700 Gov. Beverage Hyway
Somonauk, IL 60552

John M. Wegel
6242 237th Ave.
Salem, WI 53168-9631

Jonathan Knoebel
11 Abbeyfeale Dr.
Oswego, IL 60543-9486

Jose De Jesus Rodriguez
2345 Ashland Ave.
Rolling Meadows, IL 60008-1363

Jose Luis Valencia
2310 Glendale Terrace #10
Hanover Park, IL 60133-4370

Juan Lopez
2106 S. 57th Ct.
Cicero, IL 60804-2110

Kendall County Concrete
695 Route 34
Aurora, IL 60503-9314

Kendall Road
10N051 Kendall Rd.
Elgin, IL 60124-8267

Alan D Lasko
Alan D Lasko & Associates Pc
29 South Lasalle Street
Chicago, IL 60603-1522

Law OfAlan F. Segal & Associates PC
229 S. LaSalle St.
Suite 334
Chicago, IL 60604

Lincoln Automotive
PO Box 64400
Colorado Springs, CO 80962-4400

Lincoln Automotive Financial Services
P.O. Box 62180
Colorado Springs, CO 80962-2180

Luis Guzman
2364 W. Pines Rd.
Oregon, IL 61061-9547

M&M Epoxy & Supplies
2213 Maggie Lane
Sycamore, IL 60178-8862

MCA
20284 N. Rand Rd.
Palatine, IL 60074-2051

Nalley Plumbing & Heating
123 S. Ottawa St.
Earlville, IL 60518-8207

Marcia DeBoth
1130 Starlite Ct.
Naperville, IL 60564-8793

McCann Industries, Inc.
Nigro, Westfall & Gryska, P.C.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139-3800

McCann Industries, Inc.
543 S. Rohlwing Rd.
Addison, IL 60101-4284

Meyer Material Company
1819 North Dot Street
McHenry, IL 60050-6586

Mini Financial Services
PO Box 78066
Phoenix, AZ 85062-8066

Ozinga Materials
PO Box 910
Frankfort, IL 60423-0910

Ozinga Materials, Inc.
Attn: Dave Huitsing
19001 Old LaGrange Road, Suite 300
Mokena, IL 60448-8013

Ozinga Ready Mix Concrete Inc.
P.O. Box 910
Frankfort, IL 60423-0910

Ozinga Ready Mix Concrete, Inc.
c/o Hinshaw & Culbertson LLP
100 Park Avenue
Rockford, IL 61101-1099

Power Tripp Conveyor Svs Inc.
14605 Patriot Square Drive
Plainfield, IL 60544-4430

Proactiv
PO Box 316448
Des Moines, IA 50336

Prudential
PO Box 7390
Philadelphia, PA 19176-7390

Pupelis Berlin Stricker & Assoc.
970 Oaklawn Ave.
Elmhurst, IL 60126-1027

Quinlan
P.O. Box 37600
Philadelphia, PA 19101-0600

RTD Transport
P.O. Box 73
Coal City, IL 60416-0073

Ramon Robles
806 Flowers Ave.
Streamwood, IL 60107-3103

Redbud Creek Farm
2930 N. 4351st Road
Sheridan, IL 60551-9634

Renaissance Insurance
12283 Black Oak Trail
Huntley, IL 60142-7495

Roar Concrete Construction Inc.
11324 Champion Ct.
Plainfield, IL 60585-1582

Robinson Brothers Bobcat Services
7808 S. 78th court
Bridgeview, IL 60455-1408

Salvador Garcia
19 S. Commonwealth Ave.
Elgin, IL 60123-6116

Spring-Nextel Communication
P.O. Box 4181
Carol Stream, IL 60197-4181

State Farm Insurance Companies
1210 Roosevelt Road
Glen Ellyn, IL 60137-6006

Steve Klapman
PO Box 1008
Arlington Heights, IL 60006-1008

Super Mix, Inc.
5435 Bull Valley Rd., Ste. 130
McHenry, IL 60050-7433

Timothy Edmier
300 S. Wacker Drive
Suite 500
Chicago, IL 60606-6758

Travelers Dept. 12787
P.O. Box 660333
Dallas, TX 75266-0333

Tri-County Concrete, Inc.
331 W. Church St.
Sandwich, IL 60548-2007

Valley View
2510 Roth Road
Oswego, IL 60543-8469

(p)VON MAUR INC
6565 BRADY STREET
DAVENPORT IA 52806-2054

William Marquardsen
14429 S. Wallin Drive
Sugar Grove, IL 60554